COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-20-00419-CV |
| Trial Court Cause Number: | 2019-38645 |
| Style: | Albert G. Hill, III |
| | v. Craig Watkins, Terri Moore, Russell Wilson, Margaret Keliher, Heather Hill Washburne, Elisa Hill Summers, Ray Washburne, Alinda Wilkert, Lyda Hill, David Pickett, Ty Miller, Joy Waller, PBL Multi-Strategy Fund, L.P, Thomas Tatham and Chester Donnally |
| Date motion filed*: | November 19, 2020 |
| Type of motion: | Motion for Leave to File Sur Sur-Reply Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Sur Sur-Reply Brief |

Is appeal accelerated? ☒ YES   ☐ NO

Ordered that motion is:

☒ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
   ☒ Acting individually   ☐ Acting for the Court

Date: December 8, 2020